# EXHIBIT 5

REDACTED - ATTORNEY-CLIENT PRIVILEGE, ATTORNEY WORK PRODUCT

**From:** Jeremy Norkin
**Sent:** Tuesday, September 13, 2016 1:03 PM
**To:** Marcelo Figoli <mfigoli@fenix.com.ar>
**Subject:** Mariah $

**FENIX TOTAL DUE TO UTA: $415,813 USD NET**

# MARIAH CAREY
## Latin America 2016
## Deposit Tracking

| CHILE | GROSS FEE | WHT | NET FEE |
|---|---|---|---|
| Artist Fee | $425,000.00 | 20.0% | $340,000.00 |
| Air + Cargo | $175,000.00 | N/A | $175,000.00 |
| **TOTAL:** | **$600,000.00** | - | **$515,000.00** |
| | NET DEPOSITS | 6-Jun | $99,910.00 |
| | | 22-Jul | $105,982.00 |
| | | 25-Aug | $54,500.00 |
| | | 2-Sep | $100,000.00 |
| | | **TOTAL HELD:** | **$360,392.00** |
| | | **DUE:** | **$154,608.00** |

| ARGENTINA | GROSS FEE | WHT | NET FEE |
|---|---|---|---|
| Artist Fee | $575,000.00 | 24.5% | $434,125.00 |
| **TOTAL:** | **$575,000.00** | - | **$434,125.00** |
| | NET DEPOSITS | 20-Jul | $172,920.00 |
| | | **TOTAL HELD:** | **$172,920.00** |
| | | **DUE:** | **$261,205.00** |

NOTE: This message contains information which may be confidential and/or privileged. It is intended solely for the addressee. If you are not the intended recipient, you may not use, copy, distribute, or disclose any information contained in the message. If you have received this transmission in error, please notify the sender by reply e-mail and delete this message. Please note, all rights of concurrent review and comment are hereby reserved. Thank you.

United Talent Agency
9336 Civic Center Dr. Beverly Hills, CA 90210 (TA-56599-1)
888 7th Ave 9th Floor New York, NY 10106 (DCA-2011819)
Bienstock, LLC, a Delaware limited liability company, dba Bienstock, A United Talent Agency Company
250 West 57th Street, Suite 333 New York, NY 10107 (DCA#2019439-DCA)

Exhibit 5
Page 23